# EXHIBIT A

20170078 1

James G. Edmiston
Shane Colton
EDMISTON & COLTON
310 Grand Avenue
Billings, MT 59101-5923

Phone: 406\259-9986
FAX: 406\259-1094

Attorneys for Plaintiff

2017 FEB -6 AM 11:56 DIST COURT
KRISTIE LEE BOELTER
2016 DEC 21 PM 3 47
RECEIVED
FILED
BY
DEPUTY

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| RUSSELL DEBUF as court appointed conservator of MONTE DEBUF, <br><br> Plaintiff, <br><br> vs. <br><br> TAURUS J. HILL, PACIFIC WEST CONSTRUCTION, INC., and PACIFIC WEST CONSTRUCTION OF MONTANA, INC., <br><br> Defendants. | Cause No. DV 16-1752 <br> Judge: GREGORY R. TODD <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** |

For his complaint against Defendants, Plaintiff alleges and states as follows:

1. Plaintiff is the court appointed conservator for his adult son, Monte Debuf.

2. On or about September 21, 2014 Defendant Taurus J. Hill was employed by either Defendant Pacific West Construction, Inc., an Idaho corporation registered to do business in Montana, or Pacific West Construction of Montana, Inc., a Montana corporation.

3. On or about September 21, 2014 Defendant Taurus J. Hill was driving a 1985 Dodge pickup truck pulling a trailer owned by his employer, Pacific West Construction, Inc. or Pacific West Construction of Montana, Inc., heading eastbound on Interstate 90 east of Livingston, Montana.

4. Near mile marker 345 Defendant Hill negligently pulled the pickup truck and trailer over onto the left shoulder of Interstate 90, and parked it, apparently to check the oil level in his pickup truck.

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 1

5. After he checked and/or added oil, Defendant Hill pulled out onto the left hand lane of Interstate 90 and slowly began to accelerate. Defendant Hill negligently either did not check or negligently did not see the headlights approaching behind him when he pulled out, or in the alternative, Defendant Hill saw the headlights of the approaching car but negligently pulled out into the left hand lane of traffic on Interstate 90 without yielding to the oncoming traffic.

6. Monte Debuf was a passenger in a 1997 Honda Civic car driven by his brother, Nathan Debuf, also eastbound on Interstate 90 east of Livingston, Montana.

7. Near mile marker 345 the Honda driven by Nathan Debuf hit the rear of the trailer being pulled by Defendant Hill's pickup truck and crashed.

8. Plaintiff alleges upon information and belief that Defendant Hill was acting in the course and scope of his employment with Pacific West Construction, Inc. and/or Pacific West Construction of Montana, Inc. at the time of the wreck.

9. Defendant Pacific West Construction, Inc. and/or Pacific West Construction of Montana, Inc. are vicariously liable for the negligence of Defendant Hill.

10. Monte Debuf suffered a severe brain injury and multiple other injuries in the collision caused by Defendant Hill's negligence.

11. Monte Debuf has incurred medical expenses, will incur future medical expenses, has lost earnings and earning capacity, has suffered a reduction in ability to enjoy life, a change in the course of lifestyle, and has suffered physical pain and mental anguish.

WHEREFORE, Plaintiff demands judgment in an amount to be determined at trial.

DATED this 21st day of December, 2016.

EDMISTON & COLTON
Attorneys for Plaintiff

By James G. Edmiston

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 2