FILED
11/26/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RUSSELL DEBUF, individually and as court appointed conservator of MONTE DEBUF,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TAURUS J. HILL, and PACIFIC WEST CONSTRUCTION, INC..<br><br>　　　　　Defendants.<br>_____<br>TAURUS J. HILL, and PACIFIC WEST CONSTRUCTION, INC.,<br><br>　　　　　Third-Party Plaintiffs,<br>vs.<br><br>NATHAN RYAN DEBUF,<br><br>　　　　　Third-Party Defendant. | CV 17-24-BLG-SPW-TJC<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

　　　Before the Court is Defendants/Third Party Plaintiffs' unopposed motion for settlement conference. (Doc. 64.) Good cause appearing, IT IS ORDERED that the motion is GRANTED. This case is referred to United States Magistrate Judge Johnston for the purpose of conducting a settlement conference. Arrangements for the conference will be made by Judge Johnston.

The Clerk of Court shall give notice of the entry of this Order to the parties and to Judge Johnston's chambers.

**IT IS ORDERED**.

DATED this 26th day of September, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge