# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| RUSSELL DEBUF, individually and as court appointed conservator of MONTE DEBUF,<br><br>Plaintiff,<br><br>vs.<br><br>TAURUS J. HILL, and PACIFIC WEST CONSTRUCTION, INC,<br><br>Defendants,<br>―――――――――<br>TAURUS J. HILL, and PACIFIC WEST CONSTRUCTION, INC.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>NATHAN RYAN DEBUF,<br><br>Third-Party Defendant. | CV-17-24-BLG-TJC-JTJ<br><br>**ORDER** |

United States Magistrate Judge Timothy J. Cavan has referred this case to the undersigned for the purpose of conducting a settlement conference.

Accordingly, IT IS HEREBY ORDERED:

1. The undersigned will conduct a settlement conference in this matter at

9:00 a.m. on January 23, 2020, at the James F. Battin Federal Courthouse in Billings, Montana. The parties should check-in with the Clerk of Court.

  2. It is the responsibility of counsel to ensure that a person with ultimate settlement authority attends the settlement conference and participates in good faith. L.R. 16.5(b)(4)(A). The failure to participate in good faith may result in the imposition of sanctions against the offending party. L.R. 16.5(b)(4)(B).

  3. Each party shall submit a confidential settlement statement to the undersigned on before 12:00 p.m. on January 16, 2020. The settlement statement should be in letter form and not exceed 10 pages, including attachments. The settlement statement must set forth: 1) a brief factual outline of the case; 2) a brief discussion of any unique legal issues present in the case; 3) a candid discussion of the strengths and weaknesses of your client's position; 4) the history of settlement negotiations; and 5) the name and position of the person(s) who will be attending the settlement conference with ultimate settlement authority. The parties need not repeat matters discussed in their preliminary pretrial statements. The parties shall submit their settlement statements to the undersigned via email addressed to sara_luoma@mtd.uscourts.gov.

4. The settlement statements shall remain confidential. The settlement statements will not be exchanged among the parties, and they will not become part of the formal court record. The Court will destroy the settlement statements after the settlement conference.

5. Plaintiff Russell Debuf should encourage all medical lien holders to attend the settlement conference.

6. Third-party Defendant Nathan Debuf is not required to attend the settlement conference.

DATED this 2nd day of December, 2019.

_____
John Johnston
United States Magistrate Judge