FILED
1/23/2020

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RUSSELL DEBUF, individually and as court appointed conservator on behaf of Monte Debuf,<br><br>Plaintiff,<br><br>vs.<br><br>TAURUS J. HILL, et al.,<br><br>Defendants. | CV  17-24-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all pending motions and deadlines are VACATED.

DATED this 23rd day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge